## UNITED STATES COURT OF APPEALS

## FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>ROCKY DELGADO-MARQUEZ,<br><br>Defendant - Appellant. | No. 05-10162<br>D.C. No. CR-99-00145-PGR<br><br>**JUDGMENT** |

Appeal from the United States District Court for the District of Arizona (Phoenix).

This cause came on to be heard on the Transcript of the Record from the United States District Court for the District of Arizona (Phoenix) and was duly submitted.

On consideration whereof, it is now here ordered and adjudged by this Court, that the judgment of the said District Court in this cause be, and hereby is **AFFIRMED**.

Filed and entered 08/01/06



A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

AUG 23 2006

by: [signature]
Deputy Clerk



**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

AUG 01 2006

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff - Appellee, v. ROCKY DELGADO-MARQUEZ, Defendant - Appellant. | No. 05-10162<br><br>D.C. No. CR-99-00145-PGR<br><br>MEMORANDUM* |

Appeal from the United States District Court
for the District of Arizona
Paul G. Rosenblatt, District Judge, Presiding

Submitted July 24, 2006**

Before:   ALARCÓN, HAWKINS, and THOMAS, Circuit Judges.

Rocky Delgado-Marquez appeals from the district court's revocation of his supervised release and imposition of a 24-month sentence. Delgado-Marquez was

---

   *   This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36-3.

   **  This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

originally convicted of dealing in counterfeit obligations or securities, in violation of 18 U.S.C. § 473.

Pursuant to *Anders v. California*, 386 U.S. 738 (1967), counsel for Delgado-Marquez has filed a brief stating there are no grounds for relief, and a motion to withdraw as counsel of record. No pro se or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 83 (1988), discloses no grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED**, and the district court's judgment is **AFFIRMED.**